UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN CARTER,
    Plaintiff,

v.                                Case No. 17-CV-1113

AMERICAN AIRLINES, INC. Et. al.
    Defendants.

---

### STIPULATION TO DISMISS AND ORDER FOR DISMISSAL

---

The parties in the above-captioned matter, by their respective counsel, hereby stipulate that all claims brought against one another in this matter be dismissed on the merits, with prejudice, all matters having been resolved by the parties in a confidential settlement agreement.

Respectfully Submitted this 11th day of July 2018,

_____
Brent Eisberner

Levine Lyon LLP
Attorneys for Plaintiff
State Bar No. 1098038
brent@levinelyon.com
14 West Mifflin Street, Suite 206
Madison, WI 53703
Telephone: (888) 367-8198

_____
Christina A. Katt (SBN 1073979)
Kevin A. Christensen (SBN 1011760)
Attorneys for Defendant American Airlines, Inc.
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

740 N. Plankinton Ave., Suite 600 Milwaukee, WI 53203
Tel: (414) 276-8816
Fax: (414) 276-8819
christina.katt@wilsonelser.com

*/s/ Kathryn M. West*

Kathryn M. West
State Bar No. 1012476
Assistant Corporation Counsel
Attorney for Defendant Milwaukee County
Milwaukee County Office of Corporation Counsel
901 North 9th Street, Room 303 Milwaukee, WI 53233
Telephone: (414) 278-4295
Facsimile: (414) 223-1249
Email: Kathryn.west@milwaukeecountywi.gov