# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN CARTER,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. and MILWAUKEE COUNTY,<br><br>     Defendants. | Case No. 17-CV-1113-JPS<br><br>**ORDER** |

  On July 13, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice. (Docket #40). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's pending motion to seal the final settlement report, (Docket #38), will be granted. Defendants' pending motions to dismiss, (Docket #25), and for judgment on the pleadings, (Docket #33), will be denied as moot.

  Accordingly,

  **IT IS ORDERED** that Plaintiff's motion to seal (Docket #38) be and the same is hereby **GRANTED**;

  **IT IS FURTHER ORDERED** that Defendant Milwaukee County's motion to dismiss (Docket #25) be and the same is hereby **DENIED as moot**;

  **IT IS FURTHER ORDERED** that Defendant American Airlines, Inc.'s motion for judgment on the pleadings (Docket #33) be and the same is hereby **DENIED as moot**; and

  **IT IS FURTHER ORDERED** that the parties' joint stipulation of dismissal (Docket #40) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 13th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge